**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JACKIE SUZANNE GIBSON** **PLAINTIFF**

**v.** **No. 4:24-cv-1014-DPM**

**GOOD DAY FARM ARKANSAS, LLC** **DEFENDANT**

**ORDER**

Gibson's motion to extend, *Doc. 14*, is granted. If the parties have a discovery dispute, they must follow the procedures outlined in the Final Scheduling Order, *Doc. 13 at 3*. The deadlines for the joint status report and plaintiff's expert disclosure are extended to 30 September 2026. The parties must submit any joint notice of discovery dispute by 30 September 2026, too.

The Court will also enter an order for *pro se* plaintiffs, which contains helpful links and information on procedures.

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

18 September 2026